DANIEL G. BOGDEN
United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
Lloyd D. George United States Courthouse
DISTRICT OF NEVADA
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | Case No.: 2:15-cr- 291 |
| vs. | Violations: |
| SUREN BABAYAN, and | Counts One - Three |
| | 18 U.S.C. § 2342(a) |
| ARSEN GRIGORYAN, | Trafficking in Contraband Cigarettes |
| Defendants. | Counts Four – Sixteen |
| | 18 U.S.C. §§ 1956(a)(1)(A)(i) and (B)(ii) |
| | Money Laundering |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Trafficking in Contraband Cigarettes)

On or about November 14, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein, did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of

Title 18, United States Code, Section 2342(a).

## COUNT TWO
(Trafficking in Contraband Cigarettes)

From on or about March 9, 2015 through March 16, 2015, in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein, did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT THREE
(Trafficking in Contraband Cigarettes)

On or about July 8, 2015, in the State and Federal District of Nevada,

**ARSEN GRIGORYAN,**

defendant herein, did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT FOUR
(Money Laundering)

On or about November 16, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN**

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit the purchase of ten $1000 MoneyGram money orders as shown below

| Serial # | Time | Amount | Street Address | City | Location |
|---|---|---|---|---|---|
| 20485749181 | 13:00 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749182 | 13:00 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749183 | 13:03 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749184 | 13:03 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749185 | 13:24 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749186 | 13:24 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20576118309 | 19:07 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118310 | 19:07 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118313 | 19:16 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118314 | 19:17 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

(1) with the intent to promote the carrying on of specified unlawful activity, to wit: trafficking in contraband cigarettes; and

(2) knowing that the transactions were designed in whole or part to avoid a reporting requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

## COUNT FIVE
(Money Laundering)

On or about November 17, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN**

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit the purchase of twenty $1000 MoneyGram money orders as shown

below:

| Serial # | Time | Amount | Address | City | Location |
|---|---|---|---|---|---|
| 20485749215 | 13:28 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749216 | 13:28 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20577592822 | 13:56 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577592823 | 13:57 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20576118333 | 15:56 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118334 | 15:56 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20485749222 | 16:35 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749223 | 16:36 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749227 | 19:34 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749228 | 19:34 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20576118355 | 20:10 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118356 | 20:12 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20577592837 | 20:19 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577592838 | 20:19 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577592839 | 20:22 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577592840 | 20:22 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20576118357 | 20:56 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118358 | 20:56 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118359 | 20:59 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118360 | 20:59 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

(1) with the intent to promote the carrying on of specified unlawful activity, to wit: trafficking in contraband cigarettes; and

(2) knowing that the transactions were designed in whole or part to avoid a reporting requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

## COUNT SIX
(Money Laundering)

On or about November 18, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN**

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit the purchase of sixteen $1000 MoneyGram money orders as shown below

| Serial # | Time | Amount | Address | City | Location |
|---|---|---|---|---|---|
| 20584668006 | 08:51 | $1,000 | 2310 E Serene Ave | Las Vegas | Wal-Mart - #2593 |
| 20584668007 | 08:51 | $1,000 | 2310 E Serene Ave | Las Vegas | Wal-Mart - #2593 |
| 20485749240 | 10:52 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749241 | 10:53 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20577593353 | 11:34 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577593354 | 11:34 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20576118383 | 12:38 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118384 | 12:39 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118400 | 16:14 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118401 | 16:14 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20485749249 | 16:41 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749250 | 16:41 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749254 | 20:25 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749255 | 20:26 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749256 | 20:27 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749257 | 20:28 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

(1) with the intent to promote the carrying on of specified unlawful activity, to wit: trafficking in contraband cigarettes; and

(2) knowing that the transactions were designed in whole or part to avoid a reporting requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

1  All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

## COUNT SEVEN
(Money Laundering)

On or about November 19, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN**

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit the purchase of nineteen MoneyGram money orders as shown below

| Serial #    | Time  | Amount  | Street Address        | City      | Location         |
|-------------|-------|---------|-----------------------|-----------|------------------|
| 20584668030 | 08:45 | $1,000  | 2310 E Serene Ave     | Las Vegas | Wal-Mart - #2593 |
| 20584668031 | 08:45 | $1,000  | 2310 E Serene Ave     | Las Vegas | Wal-Mart - #2593 |
| 20586135630 | 10:28 | $1,000  | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20586135631 | 10:28 | $1,000  | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20576118422 | 13:15 | $1,000  | 7200 Arroyo Cross Pkwy| Las Vegas | Wal-Mart - #4356 |
| 20576118423 | 13:15 | $1,000  | 7200 Arroyo Cross Pkwy| Las Vegas | Wal-Mart - #4356 |
| 20576118425 | 13:36 | $1,000  | 7200 Arroyo Cross Pkwy| Las Vegas | Wal-Mart - #4356 |
| 20576118426 | 13:36 | $1,000  | 7200 Arroyo Cross Pkwy| Las Vegas | Wal-Mart - #4356 |
| 20485749269 | 13:38 | $1,000  | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749270 | 13:39 | $1,000  | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749271 | 13:41 | $1,000  | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749272 | 13:41 | $1,000  | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20577593385 | 18:30 | $1,000  | 3615 S Rainbow Blvd   | Las Vegas | Wal-Mart - #1584 |
| 20577593386 | 18:30 | $1,000  | 3615 S Rainbow Blvd   | Las Vegas | Wal-Mart - #1584 |
| 20577593387 | 18:30 | $900    | 3615 S Rainbow Blvd   | Las Vegas | Wal-Mart - #1584 |
| 20576118438 | 19:19 | $1,000  | 7200 Arroyo Cross Pkwy| Las Vegas | Wal-Mart - #4356 |
| 20576118439 | 19:19 | $600    | 7200 Arroyo Cross Pkwy| Las Vegas | Wal-Mart - #4356 |
| 20576118440 | 19:21 | $1,000  | 7200 Arroyo Cross Pkwy| Las Vegas | Wal-Mart - #4356 |
| 20576118441 | 19:21 | $500    | 7200 Arroyo Cross Pkwy| Las Vegas | Wal-Mart - #4356 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

(1) with the intent to promote the carrying on of specified unlawful activity, to wit: trafficking in contraband cigarettes; and

(2) knowing that the transactions were designed in whole or part to avoid a reporting requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

## COUNTS EIGHT – SIXTEEN
(Money Laundering)

On or about the dates listed below, in the State and Federal District of Nevada,

**SUREN BABAYAN**

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit cash deposits into JP Morgan Chase Bank account xxxxx1575 as shown below

| Count | Date | Amount |
| --- | --- | --- |
| Eight | February 17, 2015 | $9,000 |
| Nine | February 18, 2015 | $9,000 |
| Ten | February 19, 2015 | $9,500 |
| Eleven | February 25, 2015 | $9,500 |
| Twelve | March 4, 2015 | $9,500 |
| Thirteen | March 5, 2015 | $9,800 |
| Fourteen | March 6, 2015 | $9,800 |
| Fifteen | March 9, 2015 | $9,500 |
| Sixteen | March 10, 2015 | $9,900 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

(1) with the intent to promote the carrying on of specified unlawful activity, to wit: trafficking in contraband cigarettes; and

(2) knowing that the transactions were designed in whole or part to avoid a reporting requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

DATED: This 20th day of October, 2015

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

ROBERT A. KNIEF
Assistant United States Attorney