T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUREN BABAYAN<br><br>　　　　　Defendant. | CASE NO.:   2:15-cr-291-JAD-PAL |

### ORDER GRANTING SUBSTITUTION OF ATTORNEY

**IT IS HEREBY ORDERED** that LOUIS PALAZZO, ESQ., of PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION P.C., shall be substituted as counsel for SUREN BABAYAN in the place and stead of BRIAN PUGH, ESQ, of the FEDERAL PUBLIC DEFENDER'S OFFICE.

DATED  16th day of November, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION

/s/ Louis Palazzo
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
520 South Fourth Street
Las Vegas, Nevada 89101

