```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC - 1 2015

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  ROBERT A. KNIEF
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   DISTRICT OF NEVADA
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336

6              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
7                         -oOo-

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | S U P E R S E D I N G |
| Plaintiff, | C R I M I N A L   I N D I C T M E N T |
| vs. | Case No.: **2:15-cr-00291-JAD** |
| SUREN BABAYAN, and | Violations: |
| ARSEN GRIGORYAN, | <u>**Count One**</u>: |
| Defendants. | 18 U.S.C. §§ 371 and 2342(a) |
| | Conspiracy to Traffic in Contraband Cigarettes |
| | <u>**Counts Two - Nine:**</u> |
| | 18 U.S.C. § 2342(a) |
| | Trafficking in Contraband Cigarettes |
| | <u>**Counts Ten – Twenty-two:**</u> |
| | 18 U.S.C. §§ 1956(a)(1)(A)(i) and (B)(ii) |
| | Money Laundering |

**THE GRAND JURY CHARGES THAT:**

                        **COUNT ONE**
          (Conspiracy to Traffic in Contraband Cigarettes)

   Beginning on a date unknown but prior to September 2014, and continuing up to and including October 2015, in the State and Federal District of Nevada and elsewhere,

                        **SUREN BABAYAN,** and
                        **ARSEN GRIGORYAN,**

defendants herein, did knowingly combine, conspire, confederate, and agree together and with other persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, in violation of Title 18, United States Code, Section 2342(a).

**WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY**

The primary purpose of the conspiracy was to make as much money as possible through the purchase and subsequent distribution of contraband cigarettes. The ways, manner, and means by which this purpose was carried out included the following:

1. It was part of the conspiracy that the defendants and their co-conspirators played different roles, took upon themselves different tasks, and participated in the affairs of the conspiracy through various criminal acts.

2. It was further part of the conspiracy that the defendants and their co-conspirators received for further distribution more than eight million cigarettes, none of which bore valid evidence of the payment of Nevada or local taxes.

4. It was further part of the conspiracy that the defendants and their co-conspirators traveled in interstate commerce in order to facilitate the purchase and distribution of contraband cigarettes.

5. It was further part of the conspiracy that the defendants and their co-conspirators distributed, and caused to be distributed, contraband cigarettes in various locations, including Nevada, California, and countries outside the United States.

6. It was further part of the conspiracy that the defendants and their co-conspirators derived money and other benefits from their unlawful activities.

7. It was further part of the conspiracy that the defendants and their co-conspirators used telephone communications to facilitate their unlawful activities.

8. It was further part of the conspiracy that the defendants and their co-conspirators used various methods to conceal the conspiracy and their unlawful activities in order to ensure the continuing existence and success of the conspiracy.

## OVERT ACTS

In furtherance of the conspiracy and to affect the objects thereof, the defendants and their co-conspirators committed overt acts in the District of Nevada and elsewhere, including, but not limited to, the following:

1. On or about August 6, 2014, defendant SUREN BABAYAN contacted an undercover agent and requested 1800 cartons of cigarettes affixed with Louisiana tax stamps.

2. On or about September 24, 2014, in San Diego, California, defendant SUREN BABAYAN received approximately 360,000 contraband cigarettes from undercover law enforcement officers for further distribution. The purchase price of the cigarettes was $68,400. Defendant SUREN BABAYAN delivered $60,160 cash to an undercover agent as partial payment for the cigarettes.

3. On or about September 25, 2014, defendant SUREN BABAYAN deposited $8,400 cash into an undercover bank account as the remaining payment in full for cigarettes purchased the previous day.

4. On or about October 23, 2014, in Las Vegas, Nevada, defendant SUREN BABAYAN received approximately 120,000 contraband cigarettes from undercover law enforcement officers for further distribution. The purchase price of the cigarettes was

$20,000.

5. On or about October 31, 2014, defendant SUREN BABAYAN caused $20,652 cash to be deposited into an undercover bank account as partial payment in full for cigarettes purchased on October 23, 2014 and partial payment for future purchases of contraband cigarettes.

6. On or about November 4, 2014, defendant SUREN BABAYAN caused a total of $15,000 cash to be deposited through two separate transactions, each less than $10,000 cash, into an undercover bank account.

7. On or about, November 5, 2014, defendant SUREN BABAYAN caused $5,000 cash to be deposited into an undercover bank account.

8. On or about November 14, 2014, in Las Vegas, Nevada, defendant SUREN BABAYAN received approximately 864,000 contraband cigarettes from undercover law enforcement officers for further distribution. The purchase price of the cigarettes was $154,560.

9. On or about November 14, 2014 at about 8:40 a.m., defendant SUREN BABAYAN leased a U-Haul truck in Las Vegas, Nevada, returning the truck later that day at about 6:30 p.m. The truck was used to transport contraband cigarettes.

10. On or about November 16, 2014, defendant SUREN BABAYAN purchased ten $1,000 MoneyGram International Money Orders totaling $10,000.

11. On or about November 17, 2014, defendant SUREN BABAYAN purchased twenty $1,000 MoneyGram International Money Orders totaling $20,000.

12. On or about November 18, 2014, defendant SUREN BABAYAN purchased fourteen $1,000 MoneyGram International Money Orders totaling $14,000.

13. On or about November 19, 2014, defendant SUREN BABAYAN purchased nineteen MoneyGram International Money Orders totaling $18,000.

14. On or about or about November 20, 2014, in Montebello, California, defendant ARSEN GRIGORYAN delivered approximately $86,000 cash to a cooperating witness as partial payment for the cigarettes delivered on November 14, 2014.

15. On or about November 21, 2014, defendant SUREN BABAYAN purchased five MoneyGram International Money Orders totaling $4,560.

16. On or about November 21, 2014, defendant SUREN BABAYAN mailed the 70 previously purchased MoneyGram International Money Orders totaling $68,560 to an undercover officer as final payment for the cigarettes delivered on November 14, 2014. The money orders were shipped via United States Postal Service Priority Mail Express package number EK594048578US.

17. On or about December 30, 2014, in Las Vegas, Nevada, defendant SUREN BABAYAN received approximately 816,000 contraband cigarettes from undercover law enforcement officers for further distribution. The purchase price of the cigarettes was $148,980.

18. On or about December 30, 2014 at about 1:12 p.m., defendant SUREN BABAYAN leased a U-Haul truck in Las Vegas, Nevada, returning the truck later that day at about 5:43 p.m. The truck was used to transport contraband cigarettes.

19. On or about January 5, 2015, defendant SUREN BABAYAN deposited $8,980 cash into an undercover bank account as a down payment on a future purchase of cigarettes.

20. On or about January 9, 2015, in Las Vegas, Nevada defendant SUREN

1  BABAYAN and an unidentified co-conspirator delivered $93,480 cash to a cooperating
2  witness as partial payment for the cigarettes delivered received on December 30, 2014.

3      21.  On or about January 28, 2015, in Las Vegas, Nevada, defendants SUREN
4  BABAYAN and ARSEN GRIGORYAN delivered $76,520 cash to two undercover agents,
5  $55,500 of which was in final payment for cigarettes delivered on December 30, 2014.
6  The remaining $21,020 was an advance payment for cigarettes to be delivered at a later
7  date.

8      22.  On or about January 30, 2015, in Las Vegas, Nevada, defendant SUREN
9  BABAYAN received approximately 660,000 contraband cigarettes from undercover law
10 enforcement officers. The purchase price of the cigarettes was $122,100.

11     23.  On or about February 4, 2015, defendant SUREN BABAYAN received
12 approximately 30,000 California tax stamps at his business, Realty Edge, 6787 West
13 Tropicana, Suite 271, Las Vegas, Nevada.

14     24.  On or about February 17, 2015, defendant SUREN BABAYAN deposited
15 $9,000 cash into an undercover bank account as partial payment for the cigarettes
16 delivered on January 30, 2015.

17     25.  On or about February 18, 2015, defendant SUREN BABAYAN deposited
18 $9,000 cash into an undercover bank account as partial payment for the cigarettes
19 delivered on January 30, 2015.

20     26.  On or about February 19, 2015, defendant SUREN BABAYAN deposited
21 $9,500 cash into an undercover bank account as partial payment for the cigarettes
22 delivered on January 30, 2015.

23     27.  On or about February 25, 2015, defendant SUREN BABAYAN deposited

$9,500 cash into an undercover bank account as partial payment for the cigarettes delivered on January 30, 2015.

28. On or about March 4, 2015, defendant SUREN BABAYAN deposited $9,500 cash into an undercover bank account as partial payment for the cigarettes delivered on January 30, 2015.

29. On or about March 5, 2015, defendant SUREN BABAYAN deposited $9,800 cash into an undercover bank account as partial payment for the cigarettes delivered on January 30, 2015.

30. On or about March 6, 2015, defendant SUREN BABAYAN deposited $9,800 cash into an undercover bank account as partial payment for the cigarettes delivered on January 30, 2015.

31. On or about March 9, 2015, defendant SUREN BABAYAN deposited $9,500 cash into an undercover bank account as partial payment for the cigarettes delivered on January 30, 2015.

32. On or about March 10, 2015, defendant SUREN BABAYAN deposited $9,900 cash into an undercover bank account as partial payment for the cigarettes delivered on January 30, 2015.

33. On or about March 11, 2015, defendant SUREN BABAYAN deposited $6,600 cash into an undercover bank account as partial payment for the cigarettes delivered on January 30, 2015.

34. Between March 9, 2015 and March 16, 2015, in Las Vegas, Nevada, defendant SUREN BABAYAN received approximately 972,000 contraband cigarettes from undercover law enforcement officers. The purchase price of the cigarettes was $173,400.

35.    On or about March 9, 2015 at about 12:54 p.m., defendant SUREN BABAYAN leased a U-Haul truck in Las Vegas, Nevada, returning the truck later that day at about 2:55 p.m. The truck was used to transport contraband cigarettes.

36.    On or about March 16, 2015 at about 11:28 a.m., defendant SUREN BABAYAN leased a U-Haul truck in Las Vegas, Nevada, returning the truck later that day at about 2:52 p.m. The truck was used to transport contraband cigarettes.

37.    On March 31, 2015, in Las Vegas, Nevada, a known associate of defendant SUREN BABAYAN delivered $173,400 cash to a cooperating witness as full payment for the cigarettes purchased between March 10 and March 16, 2015.

38.    On or about April 22, 2015, in Las Vegas, Nevada, defendant SUREN BABAYAN received approximately 900,000 contraband cigarettes from undercover law enforcement officers.

39.    On or about April 22, 2015 at about 4:40 p.m., defendant SUREN BABAYAN leased a U-Haul truck in Las Vegas, Nevada, returning the truck the following day at about 11:15 a.m. The truck was used to transport contraband cigarettes.

40.    On or about May 6, 2015, defendant SUREN BABAYAN deposited $20,000 cash into an undercover bank account as partial payment for the cigarettes delivered on April 22, 2015.

41.    On or about May 11, 2015, defendant SUREN BABAYAN deposited $20,000 cash, in two separate $10,000 transactions, into an undercover bank account as partial payment for the cigarettes delivered on April 22, 2015.

42.    On or about May 12, 2015, defendant Suren Babayan received approximately 258,000 contraband cigarettes from undercover law enforcement officers. The delivery of

the cigarettes took place at the Old Dominion Freight Terminal in Las Vegas, Nevada.

43. On or about May 27, 2014, defendant Suren Babayan received approximately 600,000 contraband cigarettes from undercover law enforcement officers. The delivery of the cigarettes took place at the Old Dominion Freight Terminal in Las Vegas, Nevada.

44. On or about May 27, 2014, defendant Suren Babayan paid approximately $195,540 cash to a cooperating witness as partial payment for these cigarettes and final payment for cigarettes previously received.

45. On or about May 27, 2014, after receiving 600,000 contraband cigarettes, defendant SUREN BABAYAN transported the contraband cigarettes to Best Storage, 6960 West Robindale Road, Las Vegas, Nevada and placed them into Unit 1103 in Building A. That storage unit had been rented by defendant ARSEN GRIGORYAN on February 4, 2015.

46. On or about May 28, 2014, defendant Suren Babayan paid approximately $59,950 cash to a cooperating witness as partial payment for these cigarettes.

47. On or about July 8, 2015, defendant Suren Babayan received approximately 420,000 contraband cigarettes from undercover law enforcement officers. The delivery of the cigarettes took place at the Old Dominion Freight Terminal in Las Vegas, Nevada.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
(Trafficking in Contraband Cigarettes)

On or about October 23, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein did knowingly and unlawfully ship, transport, receive, possess, and

9

purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT THREE
(Trafficking in Contraband Cigarettes)

On or about November 14, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT FOUR
(Trafficking in Contraband Cigarettes)

On or about December 30, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT FIVE
(Trafficking in Contraband Cigarettes)

On or about January 30, 2015, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT SIX
(Trafficking in Contraband Cigarettes)

From on or about March 9, 2015, through March 16, 2015 in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT SEVEN
(Trafficking in Contraband Cigarettes)

On or about April 22, 2015, in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code,

Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT EIGHT
(Trafficking in Contraband Cigarettes)

On or about May 12, 2015, in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT NINE
(Trafficking in Contraband Cigarettes)

On or about May 27, 2015, in the State and Federal District of Nevada,

**SUREN BABAYAN,**

defendant herein did knowingly and unlawfully ship, transport, receive, possess, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of more than 10,000 cigarettes which bore no evidence of the payment of applicable State cigarette taxes in the State of Nevada, in violation of Title 18, United States Code, Section 2342(a).

## COUNT TEN
(Money Laundering)

On or about November 16, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN**

12

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit the purchase of ten $1000 MoneyGram money orders as shown below

| Serial # | Time | Street Address | City | Location |
|---|---|---|---|---|
| 20485749181 | 13:00 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749182 | 13:00 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749183 | 13:03 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749184 | 13:03 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749185 | 13:24 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749186 | 13:24 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20576118309 | 19:07 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118310 | 19:07 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118313 | 19:16 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118314 | 19:17 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

    (1) with the intent to promote the carrying on of specified unlawful activity, to wit: trafficking in contraband cigarettes; and

    (2) knowing that the transactions were designed in whole or part to avoid a reporting requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

## COUNT ELEVEN
(Money Laundering)

On or about November 17, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN**

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit the purchase of twenty $1000 MoneyGram money orders as shown

below

| Serial # | Time | Address | City | Location |
|---|---|---|---|---|
| 20485749215 | 13:28 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749216 | 13:28 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20577592822 | 13:56 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577592823 | 13:57 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20576118333 | 15:56 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118334 | 15:56 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20485749222 | 16:35 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749223 | 16:36 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749227 | 19:34 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749228 | 19:34 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20576118355 | 20:10 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118356 | 20:12 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20577592837 | 20:19 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577592838 | 20:19 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577592839 | 20:22 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577592840 | 20:22 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20576118357 | 20:56 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118358 | 20:56 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118359 | 20:59 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118360 | 20:59 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

   (1) with the intent to promote the carrying on of specified unlawful activity, to wit:

      trafficking in contraband cigarettes; and

   (2) knowing that the transactions were designed in whole or part to avoid a reporting

      requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

   All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

# COUNT TWELVE
(Money Laundering)

On or about November 18, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN**

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit the purchase of sixteen $1000 MoneyGram money orders as shown below

| Serial # | Time | Street Address | City | Location |
|---|---|---|---|---|
| 20584668006 | 08:51 | 2310 E Serene Ave | Las Vegas | Wal-Mart - #2593 |
| 20584668007 | 08:51 | 2310 E Serene Ave | Las Vegas | Wal-Mart - #2593 |
| 20485749240 | 10:52 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749241 | 10:53 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20577593353 | 11:34 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577593354 | 11:34 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20576118383 | 12:38 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118384 | 12:39 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118400 | 16:14 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118401 | 16:14 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20485749249 | 16:41 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749250 | 16:41 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749254 | 20:25 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749255 | 20:26 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749256 | 20:27 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749257 | 20:28 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

(1) with the intent to promote the carrying on of specified unlawful activity, to wit:

   trafficking in contraband cigarettes; and

(2) knowing that the transactions were designed in whole or part to avoid a reporting

   requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in

the financial transactions represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

## COUNT THIRTEEN
(Money Laundering)

On or about November 19, 2014, in the State and Federal District of Nevada,

**SUREN BABAYAN**

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit the purchase of sixteen $1000 MoneyGram money orders as shown below

| Serial # | Time | Amount | Street Address | City | Location |
|---|---|---|---|---|---|
| 20584668030 | 08:45 | $1,000 | 2310 E Serene Ave | Las Vegas | Wal-Mart - #2593 |
| 20584668031 | 08:45 | $1,000 | 2310 E Serene Ave | Las Vegas | Wal-Mart - #2593 |
| 20586135630 | 10:28 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20586135631 | 10:28 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20576118422 | 13:15 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118423 | 13:15 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118425 | 13:36 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118426 | 13:36 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20485749269 | 13:38 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749270 | 13:39 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749271 | 13:41 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20485749272 | 13:41 | $1,000 | 5200 S Fort Apache Rd | Las Vegas | Wal-Mart - #5070 |
| 20577593385 | 18:30 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577593386 | 18:30 | $1,000 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20577593387 | 18:30 | $900 | 3615 S Rainbow Blvd | Las Vegas | Wal-Mart - #1584 |
| 20576118438 | 19:19 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118439 | 19:19 | $600 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118440 | 19:21 | $1,000 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |
| 20576118441 | 19:21 | $500 | 7200 Arroyo Cross Pkwy | Las Vegas | Wal-Mart - #4356 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

(1) with the intent to promote the carrying on of specified unlawful activity, to wit:

      trafficking in contraband cigarettes; and

  (2) knowing that the transactions were designed in whole or part to avoid a reporting requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

  All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

## COUNTS FOURTEEN – TWENTY-TWO
(Money Laundering)

On or about the dates listed below, in the State and Federal District of Nevada,

**SUREN BABAYAN**

defendant herein, did knowingly conduct financial transactions affecting interstate commerce, to wit cash deposits into JP Morgan Chase Bank account xxxxx1575 as shown below

| Count | Date | Amount |
|---|---|---|
| Fourteen | February 17, 2015 | $9,000 |
| Fifteen | February 18, 2015 | $9,000 |
| Sixteen | February 19, 2015 | $9,500 |
| Seventeen | February 25, 2015 | $9,500 |
| Eighteen | March 4, 2015 | $9,500 |
| Nineteen | March 5, 2015 | $9,800 |
| Twenty | March 6, 2015 | $9,800 |
| Twenty-one | March 9, 2015 | $9,500 |
| Twenty-two | March 10, 2015 | $9,900 |

which involved the proceeds of a specified unlawful activity, that is trafficking in contraband cigarettes in violation of 18 U.S.C. § 2342(a),

  (1) with the intent to promote the carrying on of specified unlawful activity, to wit:

      trafficking in contraband cigarettes; and

  (2) knowing that the transactions were designed in whole or part to avoid a reporting

requirement under Federal law,

and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(ii).

DATED: This 20th day of October, 2015

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

ROBERT A. KNIEF
Assistant United States Attorney