T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SUREN BABAYAN<br><br>           Defendant. | CASE NO.:   2:15-cr-291-JAD-PAL |

## **DEFENDANT SUREN BABAYAN'S UNOPPOSED REQUEST FOR TRAVEL**

COMES NOW, Defendant, SUREN BABAYAN, and hereby respectfully requests that this Honorable Court issue an Order granting Defendant leave to travel outside the state of Nevada to Miami, Florida to take a family cruise vacation for approximately eight days, and seven nights beginning on July 9, 2016 and returning July 16, 2016. (*See attached itinerary*)

Defense counsel has spoken to both AUSA Robert Knief and Defendant's Pre-Trial Services Officer, Jeff Cottam regarding the instant request and has supplied his travel itinerary related to the same. AUSA Knief has no objection to said request.   Pre-Trial Services Officer Cottam has deferred the decision to this Honorable Court, however, has stated he does not oppose the Defendant's request for travel.

DATED this 25th day of April, 2016.

/s/ T. Louis Palazzo
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street
Las Vegas, Nevada 89101

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 25th of April, 2016, I served an electronic copy of the above DEFENDANT SUREN BABAYAN'S UNOPPOSED REQUEST FOR TRAVEL to all parties of record, *via* CM/ECF.

*Via ECF filing system:*
Robert Knief
U.S. Attorney's Office
333 Las Vegas Boulevard South
Las Vegas, NV 89101
702-388-6336
Email: Robert.Knief@usdoj.gov

/s/ Celina Hardy
An Employee of Palazzo Law Firm, PC

**PLEASE NOTE:**
This document is a booking confirmation and does not reflect any payments made.



Booking Confirmation issued on 04/15/16 17:31
**Booking number:** 23162245

**Booking Details**
**Booking status:** Confirmed
**Total passengers:** 2
**Booking Date** 04/13/16
**Ship:** MSC DIVINA

| Guest(s) | Here are your booking details | |
|---|---|---|
| Babayan Suren | **Itinerary** | United States, Jamaica, Cayman Islands, Mexico, Bahamas |
| Babayan Hasmik | **Embarkation Date:** | 07/09/16 |
| | **Embarkation port:** | Miami, Florida |
| | **Stateroom:** | 9273 − |
| | **Your experience:** | FANTASTICA |
| | **Category:** | B2 − Balcony Stateroom |
| | **Disembarkation Date:** | 07/16/16 |
| | **Disembarkation Port:** | Miami, Florida |

*Further details in the following pages*



**8 Days − 7 Nights**

| Day | Port | Arrival | Departure |
|---|---|---|---|
| 1 | Miami, Florida | —:— | 19:00 |
| 2 | AT SEA | —:— | —:— |
| 3 | Ocho Rios, Jamaica | 10:30 | 17:00 |
| 4 | George Town, Cayman Islands | 09:00 | 16:00 |
| 5 | Cozumel, Mexico | 10:00 | 18:00 |
| 6 | AT SEA | —:— | —:— |
| 7 | Nassau, Bahamas | 12:00 | 18:00 |
| 8 | Miami, Florida | 07:00 | —:— |

Thank you for booking! Now you can start dreaming about all the unique pleasures of an MSC cruise, from adventures ashore to special treats and pampering onboard. Begin your holiday by exploring our website www.msccruisesusa.com or ask your Travel Agent, and you'll discover a world of different ways to create the cruise experience of your dreams.

**CUSTOMIZE YOUR CRUISE**
Customize your cruise with everything from shore excursions and drinks packages to superb selections of our award−winning spa treatments. Visit us at www.msccruisesusa.com to reserve.

**MSC VOYAGERS CLUB**

MSC Cruises rewards your passion for travel! Join now and start enjoying a whole new world of ever increasing privileges, cruise after cruise.

**WEB CHECK−IN**
Ensure your voyage gets off to a hassle−free start, with our web check−in service. It only takes a few moments to simplify the ticketing process by filling in your details online now.



  





Follow us:         www.msccruisesusa.com

| PLEASE NOTE: |
|---|
| This document is a booking confirmation and does not reflect any payments made. |



Booking Confirmation issued on 04/15/16 17:31
**Booking number: 23162245**

## Booking Details

| **Ship:** MSC DIVINA | | | |
|---|---|---|---|
| **Guest(s):** | Babayan Suren | | |
| | Babayan Hasmik | | |
| **Booking type:** | IND | **Currency:** | USD |
| **Price description:** | 2 FOR 1 BALCONY PROMO | **Your experience:** | FANTASTICA |
| **Category:** | B2 – Balcony Stateroom | **Stateroom:** | 9273 – |
| **English Info Cabin** | BALCONY STANDARD Cabin Area 15.57mq – Door 0.615mt Bathroom Area 2.25mq with Shower | | |
| **Embarkation Date:** | 07/09/16 | **Embarkation port:** | Miami, Florida |
| **Disembarkation Date:** | 07/16/16 | **Disembarkation Port:** | Miami, Florida |
| **Dining Request:** | SECOND SEATING | **Waitlist Seating:** | —— |

Dining room seating time is upon request and subject to confirmation once aboard.

| *Guest(s):* **Babayan Suren** | **Item(s) charged in USD** | **Amount Due** |
|---|---|---|

| *Guest(s):* **Babayan Hasmik** | **Item(s) charged in USD** | **Amount Due** |
|---|---|---|

Copy

**PLEASE NOTE:**
**This document is a booking confirmation and does not reflect any payments made.**



Booking Confirmation issued on 04/15/16 17:31
**Booking number: 23162245**

*Your experience:* **FANTASTICA** 

### COMFORT

- Dream cruises on board modern ships with the Masters of the sea
- Elegant cabins equipped with every convenience
- Superior comfort ensured by free 24-hour room service (delivery is free)
- Breakfast in your cabin (delivery + breakfast are free)

### FLEXIBILITY

- Preference of cabin* (subject to availability)
- Opportunity to choose among the best cabins available
- Maximum flexibility in booking** (changing passenger name, changing dates)
- Opportunity to book a Super-Family cabin for the whole family (where this cabin type is available)
- Choice of dinner seating (subject to availability)
- Priority in choice of dinner seating

### SPORT & ACTIVITIES

- Broadway-style theatre shows available almost every day
- Pool area
- Open-air sports facilities (Power Walking Track, Basketball...)
- Extremely well-equipped gym with panoramic view
- 50% discount on fitness classes (e.g. yoga) and personal trainer (subject to availability)
- Entertainment activities
- Entertainment for infants and children (Club...)
- Recreational activities for children: foreign language learning games and Master Chef cooking sessions with our onboard staff (subject to availability)

### SERVICES

- Qualified multilingual personnel

### FOOD & WINE BENEFITS

- Premium 20-hours-a-day buffet (gourmet menu for every moment of the day)
- Wide variety of special restaurants serving Mediterranean and international dishes

### OTHER PRIVILEGES

- Earn MSC Club points

*For further details, please refer to the Booking Conditions

---

## IMPORTANT INFORMATION

**Booking Terms and Conditions:**
The present booking is regulated by the Booking Terms and Conditions. Passengers acknowledge that they have received a copy, read and accepted the Booking Terms and Conditions before confirming their booking. A copy of the Standard Booking Terms and Conditions. It is also available on our website www.msccruises.com Changes and cancellations are subject to penalties according to the Booking Terms and Conditions

**Required Documents / Visas and Personal Data:**
For both security and immigration purposes, each guest is responsible for identifying, securing, and presenting all required travel documents. The necessary valid travel documents, such as passports, visas, legal family documents, etc., must be presented prior to boarding the ship and available when re-entering the United States or entering any other country. To verify documentation requirements: for US Citizens traveling abroad please visit http://www.state.gov/travel/, for all other nationalities please check with your local government to review any travel advisories and documentation requirements. Also in accordance with EC directive 98/41/CE of 18.06.1998 the company has to collect passenger's personal data in order to make easier the research and rescue operations in case of accident. For your convenience, simply visit us online at www.msccruises.com and go to the Already Booked area, then click onto web check-in and fill in the form online

**Tickets:**
Tickets will be issued at least 21 days before departure, provided that all passengers data have been communicated and payment has been received.

**Express Check-in:**
To expedite the process at the pier, MSC Web Check-in allows guests to check-in online by visiting www.msccruises.com any time prior to 24 hours before the day of departure to complete the online check-in process

**Stateroom number:**
Final cabin numbers may change till departure date. MSC Cruises will guarantee same or higher type of cabin category.

**Dining Seating:**
Dining seating time preference is subject to confirmation once aboard.

**Special Needs:**
MSC Cruises should be informed of all special needs via the Special Needs Form, which is available online at www.msccruises.com and at all accredited travel agencies. In addition to the Form, a medical certificate confirming that the passenger is fit to go on cruise may be requested.

**Final Payment, Cancellation and Penalties:**

Final payment is due 60 days prior to departure.

All cancellations and/or requests for refund must be submitted in writing.

Cancellation requests received will be assessed the following charges:

- Days Prior to Sailing: 95 to 46 (on voyages 15 days or longer) Cancellation Charge: Deposit Amount
- Days Prior to Sailing: 75 to 46 (on voyages less than 15 days) Cancellation Charge: Deposit Amount
- Days Prior to Sailing: 45 to 16 Cancellation Charge: 50% of the total fares excluding taxes
- Days Prior to Sailing: 15 days or less Cancellation Charge: 100% of the total fares excluding taxes

**Insurance policy:**
MSC Cruises recommends that every passenger takes out an adequate insurance policy. We invite you to contact your travel agent or to simply visit our Traveler Insurance section under our FAQ area on our by visiting http://www.msccruisesusa.com/us_en/an-msc-cruise/Faq.aspx for further details



MSC CRUISES (USA)   6750 N. ANDREWS AVE, SUITE 100, FT. LAUDERDALE, FL 33309
PHONE (877) 665-4655   -   FAX (908) 605-2600   -   WWW.MSCCRUISESUSA.COM

T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SUREN BABAYAN<br><br>　　　　　　Defendant. | CASE NO.:   2:15-cr-291-JAD-PAL |

## ~~[PROPOSED]~~ ORDER FOR DEFENDANT SUREN BABAYAN'S UNOPPOSED

## REQUEST FOR TRAVEL

**IT IS HEREBY ORDERED** that Defendant SUREN BABAYAN'S Unopposed Request for Travel outside the state of Nevada to Miami, Florida to take a family cruise vacation for approximately eight days, and seven nights beginning on July 9, 2016 and returning July 16, 2016 is GRANTED.

DATED this  28th  day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE