MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No. (702) 385-3001
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:15-cr-00291-JAD-PAL |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO MODIFY** |
| | ) | **TERMS AND CONDITIONS** |
| vs. | ) | **OF SUPERVISION** |
| | ) | |
| SUREN BABAYAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, and Mace Yampolsky, Esq., counsel for Defendant Suren Babayan that:

1. Defendant Suren Babayan's conditions of supervision be modified so that he may travel with his wife and daughter to his home country of Armenia for a period of no more than thirty days between the time period of July 1, 2018 through August 8, 2018. The reason for the travel is to take his wife and child to his home country to visit with family.

2. Defendant has spoken to his probation officer, Officer Brown, who has no objection to this trip.

///

3. Defendant Suren Babayan will continue to be subject to any and all prohibition(s) pursuant to his supervision.

Dated this 7th day of June, 2018,

| | |
|---|---|
| MACE J. YAMPOLSKY, LTD. | OFFICE OF THE UNITED STATES ATTORNEY |
| */s/ Mace J. Yampolsky* | */s/ Robert Knief* |
| MACE J. YAMPOLSKY, ESQ. | ROBERT KNIEF |
| Attorney for Defendant Babayan | Assistant United States Attorney |
| | Attorney for Plaintiff |

**ORDER**

IT IS THEREFORE ORDERED that:

1. Defendant Suren Babayan's conditions of supervision be modified so that he may travel with his wife and daughter to his home country of Armenia for a period of no more than thirty days between the time period of July 1, 2018 through August 8, 2018. The reason for the travel is to take his wife and child to his home country to visit with family.

2. Defendant Suren Babayan will continue to be subject to any and all prohibition(s) pursuant to his supervision.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DATED: 6/11/2018